# AMENDED AFFIDAVIT OF PROCESS SERVER

## UNITED STATES DISTRICT COURT, CENTRAL DIVISION Court
### State of Utah            County of

**DAVID L. NELSON**

   Plaintiff

vs

**ZOOMOBILE, INC., et al QUESTGUARD ALLIANCE, INC.; WIRELESS ACQUISITIONS, LLC; ZOOMOBILE ALLIANCES**

   Defendant

Attorney:

**DAVID J. HOLDSWORTH, ESQ. ATTORNEY AT LAW
9125 MONROE PLAZA WAY, SUITE C
SANDY UT, 84070-4604**

Case Number: **2:09 CV 842 TC**

Court Date:
Court Time:

Legal documents received by Civil Process Services & Investigations on December 31st, 1969 at 7:00 PM to be served upon HOME ENHANCERS, LLC EDMUND WILSON AS POSSIBLE REGISTERED AGENT or AN EXPIRED/DELINQUENT CORPORATIO at 2831 EAST 1240 SOUTH, ST. GEORGE, UT, 84790.

I, DAVID J. GIBSON, PRIVATE INVESTIGATOR # R101405, swear and affirm that on the December 11th, 2009 at 11:25 AM, I did the following:
Served the corporation listed as the intended recipient of the legal documents by delivering a conformed copy of the SUMMONS IN A CIVIL ACTION, AND COMPLAINT to MARY WILSON as , PERSON IN CHARGE of the within named corporation. .

**Supplemental Data Appropriate to this Service:**

SERVICE FEE $ 15.00 ADDRESS LISTED AT: 1506 W. SILICON WAY # 2-B or 3-A, VACATED, HE WAS EVICTED FROM THIS ADDRESS FOR PAST RENTS, LAST MONTH, HAD TO GET HIS HOME ADDRESS, SEE ABOVE FOR THAT INFORMATION.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve courtdocuments within the above named circuit / county.

*[signature]* 02/22/10
DAVID J. GIBSON, PRIVATE INVESTIGATOR #
R101405
Process Server

Civil Process Services & Investigations
Post Office Box 603
Washington City, UT 84780
(435) 632-1092

Internal Job ID: 0000000853

Copyright 2005-2007 Process Server LLC. All rights reserved.