IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH   CENTRAL DIVISION

| | |
|---|---|
| David L. Nelson<br><br>           Plaintiff,<br><br>vs.<br><br>Zoomobile, Inc, Quest Guard Alliance, Inc aka Zoomobile Alliances, aka Home Enhancers, LLC aka Wireless Acquisitions, LLC<br><br>           Defendants. | DEFAULT CERTIFICATE<br><br>Case No. 2:09 cv 842 TC |

Defendants Zoomobile, Inc, Home Enhancers, LLC ,Wireless Acquisitions, LLC, having been duly served with a summons and complaint on December 11, 2009 and proof of service having been filed with the court on December 18, 2009, and the defendants Zoomobile, Inc, Home Enhancers, LLC ,Wireless Acquisitions having failed to appear and answer the plaintiff's complaint on file or otherwise defaulted and the time for answer having expired, the default of the defendants Zoomobile, Inc, Home Enhancers, LLC ,Wireless Acquisitions is entered according to law, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Date: March 11, 2010

                                      D. Mark Jones, Clerk of Court

                                      By: _____
                                      Louise S. York, Chief Deputy