IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID L. NELSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ZOOMOBILE, INC., QUEST GUARD ALLIANCE, INC., a.k.a. ZOOMOBILE ALLIANCES a.k.a. HOME ENHANCERS LLC, a.k.a. WIRELESS ACQUISITIONS, LLC,<br><br>　　　　　　　Defendants. | ORDER<br><br><br><br>Case No. 2:09-cv-00842 |

　　　　Plaintiff shall have sixty days from the date of the Order to effect service of process on Defendant Quest Guard Alliance, Inc., by the process specified in Utah Rule of Civil Procedure 4(d)(2)(B), "by mail or commercial courier service in any state or judicial district of the United States provided defendant's agent authorized by appointment or by law to receive service of process signs a document indicating receipt." Id.  If that method proves unsuccessful, Plaintiffs may serve Defendant Quest Guard Alliance, Inc., by the process specified in Utah Rule of Civil Procedure 4(d)(4)(A), "service by publication or by some other means." Id.

DATED this __22__ day of March, 2010.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge